Municipal Court, affirmed by the Appellate Term, is evidence against the respondent in this proceeding, it is not conclusive. Therefore, in view of the newly-discovered evidence which the respondent presents to this court, and of the conceded error in the date of the transaction as stated in the referee's report, which may have a bearing upon the value of the testimony, we conclude that the case should be sent back to the official referee for further investigation. Matter returned to the Hon. Herbert T. Ketcham, official referee, for further investigation and report to this court, with his recommendation. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Application of MAURICE GEVIRTZ for Admission to the Bar. (From the State of Illinois.) — Application granted and order signed. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Application of DON M. HUNT for Admission to the Bar. (From the State of Missouri.) — Application granted and order signed. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of Discovery of Assets of the Estate of HENRY HYAMS, etc. KINGS COUNTY TRUST COMPANY, as Executor, etc., Appellant, v. SOPHIE HYAMS, Respondent.— Motion for stay granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order on notice,

In the Matter of the Application of ROBIE LAWTON MITCHELL for Admission to the Bar. (From the State of Montana.) — Application granted and order signed. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of Supplementary Proceedings. ERNEST PETRUCCI, Appellant, in Proceedings Supplementary to Execution. ALEXANDER ERCOLE, Respondent. In the Matter of the Application of ERNEST PETRUCCI, Appellant, in Proceedings Supplementary to Execution, etc.; ALEXANDER ERCOLE, Respondent, for an Order for Examination of HERBERT A. O'BRIEN, Third Party.— Motions for injunction granted as prayed for. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order on notice.

In the Matter of the Application of GUSTAV A. REHDER for Admission to the Bar. (From the State of Iowa.) — Application granted and order signed. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Application of WALTER S. WARD for a Prohibition Order against JOSEPH MORSCHAUSER, Justice of the Supreme Court of the State of New York.— Application for alternative writ of prohibition denied, in the exercise of our discretion. The facts presented are insufficient to justify the issuance of the writ. It should be granted only in cases of extreme necessity, and where no other remedy can be had. Should these proceedings here complained of lead to the petitioner's arrest, the law affords him ample protection. (*People ex rel. Livingston* v. *Wyatt*, 186 N. Y. 383; *People ex rel. Childs* v. *Extraordinary Trial Term*, 228 id. 463; *People ex rel. Hummel* v. *Trial Term*, 184 id. 30.) Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

HENRIETTA JOHNSON, Respondent, v. ANDREW ANTONOPOULOS, Appellant.— Motion for stay of examination granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

CATHERINE MARA, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants. HENRY C. ROSE, Appellant. (Actions 1 and 2.) JOHN E. L. BEALS, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others,

Defendants. HENRY C. ROSE, Appellant. (Actions 1 and 2.) (Appeal No. 1.)— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

CATHERINE MARA, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants. HENRY C. ROSE, Appellant. (Actions 1 and 2.) JOHN E. L. BEALS, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants. HENRY C. ROSE, Appellant. (Actions 1 and 2.) (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

GEORGE MASSET, Appellant, v. CLARA RUH, Respondent.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

GEORGE MASSET, Appellant, v. CLARA RUH, Respondent.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present— Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

JAMES MCCABE, Respondent, v. TURNER & BLANCHARD, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted to enable appellant to apply to the Court of Appeals for leave to appeal to that court. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent, v. MORTON C. GRIFFIN, Appellant.— Motion for stay granted, and stay continued pending appeal to the Court of Appeals, on condition that defendant appellant give an undertaking, with surety, in the sum of $2,500, and also furnish the plaintiff respondent with a verified statement every two weeks, beginning August 1, 1922, of the number of through passengers carried between Middletown, Monticello and Liberty in both directions. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order on notice.

EDWARD PEARSON, an Infant, by GUSTAV E. PEARSON, His Guardian ad Litem, Respondent, v. SAMUEL ROSENBLUM, Appellant, Impleaded with Another, Defendant.— Motion by the sheriff to resettle order granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

EDWARD PEARSON, an Infant, by GUSTAV E. PEARSON, His Guardian ad Litem, Respondent, v. SAMUEL ROSENBLUM, Appellant, Impleaded with Another, Defendant.— Motion by the plaintiff's attorneys to resettle order denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

THE PEELE COMPANY, Respondent, v. JOSEPH RASKIN and SAFETY DOOR AND GATE COMPANY, Appellants.— Motion for stay denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

PEPPARD REALTY COMPANY, INC., Respondent, v. EMIL F. EMDON, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

PEPPARD REALTY COMPANY, INC., Respondent, v. EMIL F. EMDON, Appellant.— Motion for stay pending appeal granted, without costs, upon condition that appellant, within five days after service of order and notice of entry thereof, shall file with the clerk of the court a written undertaking in the sum of $3,000, with corporate surety, to be approved by a justice of this court, to the effect that